UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GASTON ISLAS, JR., ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> MATTHEW MARTEL, Warden, ) <br> ) <br> Respondent. ) <br> _____ ) | NO. EDCV 08-1232-PA(CT) <br><br> ORDER ACCEPTING MAGISTRATE JUDGE'S <br> REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including but not limited to, the magistrate judge's report and recommendation.

Accordingly, IT IS ORDERED:

1. The report and recommendation is accepted.
2. Judgment shall be entered consistent with this order.
3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: October 23, 2008

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE