UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE GASTON ISLAS, JR., | ) | NO. EDCV 08-1232-PA(CT) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MATTHEW MARTEL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: October 23, 2008

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE